# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **STEPHEN D. KELLY** | **CIVIL ACTION** |
| **VERSUS** | **NO: 17-4711** |
| **SMITTY'S SUPPLY, INC.** | **SECTION: "S" (3)** |

## ORDER AND REASONS

Before the court is plaintiff's **Motion to Exclude Expert Testimony**. Rec. Doc. 43.

Counsel for plaintiff has informed the court that he does not oppose the motion. Accordingly,

**IT IS HEREBY ORDERED** that plaintiff's **Motion to Exclude Expert Testimony**, Rec. Doc. 43, is **GRANTED** as unopposed.

New Orleans, Louisiana, this __3rd__ day of January, 2019.

**MARY ANN VIAL LEMMON**
**UNITED STATES DISTRICT JUDGE**